Fr: Winston Sanders #W-111462
S.B.C.C.
P.O. Box 8000
Shirley, MA 01464

March 31, 2020

To: Clerk of the Court
United States District Court
1 Courthouse Way
Boston, MA 02210

RE: **WINSTON SANDERS v. BRIAN ARSENAULT, et. al.,**
Docket No. 1:19-cv-12284-IT

Dear Sir/Ma'am:

Enclosed for the filing please find the following:

- NOTICE OF CHANGE OF ADDRESS [EX PARTE].

Thank you kindly.

Respectfully,

*Winston Sanders*

Winston Sanders

FILED IN CLERKS OFFICE 2020 APR -2 PM 2:08 U.S. DISTRICT COURT DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No.1:19-cv-12284-IT

WINSTON SANDERS,
    Plaintiff;

V.

BRIAN ARSENAULT, ET. AL.,
    Defendants.

[EX PARTE]
**NOTICE OF CHANGE OF ADDRESS**

Notice is hereby given that Plaintiff's address has changed and is as follows:

Winston Sanders #W-111462
Souza-Baranowski Correctional Center
P.O. Box 8000
Shirley, MA 01464

By The Plaintiff,

*Winston Sanders*
Winston Sanders #W-111462
S.B.C.C.
P.O. Box 8000
Shirley, MA 01464

March 31, 2020