FILED
IN CLERKS OFFICE
2020 JUL 22 AM 10:57
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court
District of Massachusetts

Docket No. 1:19-CV-12284-IT

Winston Sanders, Pro Se,
Plaintiff;

v.

Brian Arsenault; And
Matthew Borges,
Defendants.

[Ex Parte]

Notice of Change of Address

Notice is hereby given that the Plaintiff has relocated and Plaintiff's Mailing Address currently is:

Winston Sanders
36 W L Street #2
~~[redacted]~~
Lowell, MA 01850

By The Plaintiff,

*Winston Sanders*

Winston Sanders
P.O. Box 9546
Lowell, MA 01853

June 11, 2020